**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02983-SBP

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

---

**ENTRY OF APPEARANCE**

---

PLEASE TAKE NOTICE that Sara R. Neel, of the American Civil Liberties Union Foundation of Colorado, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiff.

DATED at Denver, Colorado this 23rd day of September, 2025.

*/s/ Sara R. Neel*
Sara R. Neel
American Civil Liberties Union
Foundation of Colorado
303 E. 17th Ave., Suite 350
Denver, Colorado 80203
720-402-3107
sneel@aclu-co.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/ Kara S. Narberes*

2