**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02983-SBP

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To:    The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant.

Respectfully submitted on October 22, 2025.

    PETER MCNEILLY
    United States Attorney

    s/ Thomas A. Isler
    **Thomas A. Isler**
    Assistant United States Attorney
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0336
    Email: thomas.isler@usdoj.gov
    *Counsel for Defendant*

# CERTIFICATE OF SERVICE

I certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record:

Timothy R. Macdonald, Esq.
Sara R. Neel, Esq.
*Counsel for Plaintiff*

                                            s/Thomas A. Isler
                                            ***Thomas A. Isler***
                                            United States Attorney's Office