IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02983-CNS-SBP

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO,

   Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

   Defendant.

---

## JOINT STATUS REPORT

---

Plaintiff American Civil Liberties Foundation of Colorado ("Plaintiff") and the

Defendant United States Immigration and Customs Enforcement ("Defendant")

(collectively the "Parties") submit this Joint Status Report, pursuant to the Court's Order,

ECF No. 21 (entered February 18, 2026).

1.    Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on

September 23, 2025. Plaintiff seeks documents related to Defendant's plans for adding

detention capacity for noncitizens in Colorado and Wyoming.

2.    While the litigation has been pending, Defendant has produced four sets of

documents totaling 512 pages. These disclosures were produced on December 9, 2025,

December 18, 2025, January 9, 2026, and February 10, 2026.

3.    On February 18, 2026, the Court ordered the parties to file a status report

on the first business day of March 2026, and on the first business day of each month

1

thereafter until Defendant completes its production of the requested documents. *See* ECF No. 21.

4. Defendant's intention has been to continue to process documents and release a new batch of documents on approximately a monthly basis. Defendant's intention has been to complete the rolling production by the end of April 2026.

5. However, as described in the parties' previous joint status report, ECF No. 22, at the end of the day on February 13, 2026—three days after Defendant's last production—appropriations that had been funding Defendant expired.[1] Defendant's FOIA office has been furloughed and is therefore unable to continue processing documents until appropriations are restored.

6. In general, absent an appropriation, federal employees are prohibited by from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

7. Defendant will resume work on processing and producing documents when appropriations are restored. Because it is unknown how long the lapse in appropriations will last, it is not yet known whether an adjustment to the schedule set forth in the Court's Order, ECF No. 21, will be necessary.

8. The Parties will continue to file Joint Status Reports, per ECF No. 21.

---

[1] Appropriations for the Department of Justice have not lapsed.

Dated: April 1, 2026.

Respectfully submitted,


/s/ Sara R. Neel
Timothy R. Macdonald
**Sara R. Neel**
Scott C. Medlock
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
Telephone: (720) 402-3151
Email: tmacdonald@aclu-co.org
Email: sneel@aclu-co.org
Email: smedlock@aclu-co.org

*Attorneys for Plaintiff*

PETER MCNEILLY
United States Attorney

s/ Brad Leneis
*Thomas A. Isler*
**Brad Leneis**
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0101
Email: thomas.isler@usdoj.gov
Email: brad.leneis2@usdoj.gov

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which provides service on all counsel of record, including:

Sara R. Neel, Esq.
Timothy R. Macdonald, Esq.
Scott C. Medlock, Esq.

s/Lana Sawaked
**Lana Sawaked**
U.S. Attorney's Office

4